UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MENDEL REIZES, et al,

                              PlaintiffS,                                        <u>ORDER</u>

      -against-

                                                                                      CV 17-3162 (ARR) (JO)

SETERUS, INC.,

                              Defendant.
------------------------------------------------------------------------X

        To avoid any appearance of impropriety, pursuant to 28 U.S.C. § 455(a), I recuse myself.

**SO ORDERED**:

Dated: Brooklyn, New York
        July 20, 2017

                                                                    <u>/s/ James Orenstein</u>
                                                                    JAMES ORENSTEIN
                                                                    United States Magistrate Judge