FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 18 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MENDEL REIZES AND
YEHOSHUA YUSEWITZ
on behalf of themselves and
all other similarly situated consumers

                    Plaintiffs,

-against-

SETERUS, INC.

                    Defendant.

Docket #: 1:17-CV-03162-RJD-RML

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs Mendel Reizes and Yehoshua Yusewitz (together, "Plaintiffs") and defendant Seterus, Inc. ("Seterus") that the above-captioned action is hereby discontinued, and all claims asserted therein by Plaintiffs against Seterus are hereby dismissed with prejudice, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own fees and costs.

Date: 1/17/18

ADAM J. FISHBEIN, P.C.

By: _____
    Adam J. Fishbein
735 Central Avenue
Woodmere, NY 11598
(516) 668-6945
fishbeinadamj@gmail.com
*Counsel for Plaintiffs Mendel Reizes and Yehoshua Yusewitz*

Date: 1/17/18

HOGAN LOVELLS US LLP

By: _____
    Robin L. Muir
875 Third Avenue
New York, NY 10022
(212) 918-3000
robin.muir@hoganlovells.com
*Counsel for Defendant Seterus, Inc.*

SO ORDERED this 18 day of JAN, 2017

s/ RJD

Judge Raymond J. Dearie